SIGAL CHATTAH, NVSBN 5634
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELLA ORTEGA | Case No.: 2:25-cv-00404-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 11, filed on June 4, 2025), currently due on July 7, 2025, by 30 days, through and including August 6, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to August 20, 2025.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. The parties are currently in the middle of settlement discussions. Additional time is needed for the parties to continue settlement discussion and consultation with their clients. Moreover,

the novel issues involved in this case have required Defendant's undersigned counsel to seek assistance from multiple senior attorneys within undersigned counsel's office to properly advocate for Defendant's interests. Additionally, Defendant's undersigned counsel must take scheduled medical leave in the middle of July, which increases the amount of time needed for this extension. Management within undersigned counsel's office has approved this extension.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on July 1, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including August 6, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: July 1, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2025