# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELLA O., | Case No. 2:25-cv-00404-NJK |
| Plaintiff, | **Order** |
| v. | |
| FRANK BISIGNANO, | |
| Defendant. | |

Frank Bisignano is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Frank Bisignano in place of Leland Dudek.

IT IS SO ORDERED.

Dated: August 7, 2025

Nancy J. Koppe
United States Magistrate Judge