# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELLA O., <br>     Plaintiff, <br> v. <br> FRANK BISIGNANO, <br>     Defendant. | Case No. 2:25-cv-00404-NJK <br><br> **Order** <br><br> [Docket No. 18] |

Pending before the Court is a stipulation to extend time to file Plaintiff's reply brief. Docket No. 18.

Local Rule IA 6-2 states that:
> A stipulation … must include an "order" in the form of a signature block on which the court or clerk can endorse approval of the relief sought. This signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation.

The instant stipulation fails to adhere to this rule. The parties are instructed to comply with the local rules in all filings before the Court.

Accordingly, the Court GRANTS Plaintiff's motion to extend and EXTENDS the deadline to file Plaintiff's reply brief to September 3, 2025.

IT IS SO ORDERED.

Dated: August 21, 2025

                                                   _____
                                                   Nancy J. Koppe
                                                   United States Magistrate Judge