# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELLA O., <br>     Plaintiff, <br> v. <br> FRANK BISIGNANO, <br>     Defendant. | Case No. 2:25-cv-00404-NJK <br> **Order** <br> [Docket No. 20] |

Pending before the Court is Plaintiff's motion for leave to leave to file an amended opening brief. Docket No. 20. Defendant filed a response in opposition. Docket No. 22. Plaintiff did not file a reply. *See* Docket. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff filed her opening brief on June 4, 2025. Docket No. 11. Defendant filed his response on August 6, 2025. Docket No. 16. Plaintiff filed the instant motion requesting leave to file an amended opening brief on August 22, 2025. Docket No. 20. Plaintiff then filed her reply to Defendant's response on September 3, 2025. Docket No. 21. Defendant responded in opposition to the instant motion on September 5, 2025. Docket No. 22.

In the instant motion, Plaintiff submits that the Ninth Circuit published *Obrien v Bisignano*, 142 F.4th 687 (9th Cir. 2025), on July 1, 2025, which was after Plaintiff filed her opening brief. *See* Docket No. 20 at 2. Plaintiff requests an opportunity to address *Obrien* in her opening brief and allow it to be fully briefed by the parties. *See id.* Further, Plaintiff contends that her litigation posture may now have changed because of *Obrien*, and she would like to consider the resubmission of two arguments which she withdrew from her opening brief to "streamline the adjudication process for the Court." *See id.*; *see also* Docket No. 15. Defendant submits that Plaintiff was able to respond to caselaw cited in Defendant's response, including the *Obrien* decision, in her reply. Docket No. 22 at 2. Further, Defendant contends that Plaintiff did respond to his discussion of

*Obrien* in her reply, and that it is not necessary to prolong this litigation further by refiling the opening brief. *Id.* Additionally, Defendant opposes Plaintiff's resubmission of arguments that she withdrew from her initial opening brief. *Id.*

Given that the *Obrien* decision was issued after Plaintiff's opening brief was filed and both parties have discussed the decision in their subsequent briefing, the Court finds that both parties should be afforded the opportunity to fully and completely brief these issues. *See Lescinsky v. Clark Cnty. Sch. Dist.*, 539 F. Supp. 3d 1121, 1129 n.8 (D. Nev. 2021) (quoting *Christian v. Mattel, Inc.*, 286 F. 3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice.")).

Accordingly, the instant motion is **GRANTED**. Docket No. 20. Plaintiff must file her amended opening brief by October 3, 2025.

IT IS SO ORDERED.

Dated: September 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge