UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELLA ORTEGA, | ) |
| | ) Case No.: 2:25-cv-00404-NJK |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **STIPULATION TO VOLUNTARY** |
| v. | ) **REMAND PURSUANT TO SENTENCE** |
| | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| FRANK BISIGNANO, | ) **ENTRY OF JUDGMENT FOR** |
| Commissioner of Social Security, | ) **PLAINTIFF** |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, including relevant evidence of a subsequent favorable application, and offer Plaintiff the opportunity for a new hearing. This new

decision will not disturb any subsequent favorable determination.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

The Clerk's Office is **INSTRUCTED** to close this case.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2025

2